**STATE of Missouri, Respondent,**

v.

**Mark A. HATTEN, Appellant.**

**No. WD 69371.**

Missouri Court of Appeals,
Western District.

June 9, 2009.

S. Kate Webber, for Appellant.

Shaun J. Mackelprang, for Respondent.

Before Division Three: HAROLD L. LOWENSTEIN, Presiding Judge, JOSEPH M. ELLIS, Judge and LISA WHITE HARDWICK, Judge.

774

## ORDER

PER CURIAM:

Mark Hatten appeals his conviction for armed criminal action, § 571.015. He argues that the evidence was insufficient to show that he acted with the required intent for armed criminal action. After a thorough review of the record, we find that the conviction is supported by substantial evidence. No jurisprudential purpose would be served by a formal written opinion; however, a memorandum explaining our reasoning has been provided to the parties.

Judgment affirmed. Rule 30.25(b).